IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT W. WILLIAMS, SR., on his own behalf and as parent and next friend of R.W., Jr., a minor, **Plaintiff** | No. 1:25cv1016 <br><br> (Judge Munley) <br><br> (Chief Magistrate Judge Bloom) |
| v. | |
| ASSISTANT DISTRICT ATTORNEY JOHN R. CANAVAN, in his individual capacity, *et al.* **Defendant** | |

## ORDER

**AND NOW**, to wit, this 15th day of December 2025, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** as follows:

1) Plaintiff Robert W. Williams, Sr.'s objections to the report and recommendation ("R&R") of Chief Magistrate Judge Daryl F. Bloom, (Doc. 6), are acknowledged but not addressed, based on misrepresentations of the law in plaintiff's filings;

2) The R&R, (Doc. 5), is not adopted;

3) The claims of R.W., Jr., a minor, in Williams, Sr.'s complaint are **DISMISSED** without prejudice;

4) The claims of Williams, Sr. are **STAYED** until the conclusion of state court proceedings;

5) Williams, Sr. shall file a report every forty-five (45) days regarding the status of state court proceedings;

6) Williams, Sr. is **WARNED** by the court for misrepresenting the law in his filings;

7) Future unchecked reliance on artificial intelligence outputs will result in sanctions imposed upon Williams, Sr. for failure to follow a court order and/or for violations of Rule 11 of the Federal Rules of Civil Procedure;

8) Williams, Sr.'s motion for leave to proceed in forma pauperis, (Doc. 2), is **GRANTED**;

9) Williams, Sr.'s motion for appointment of a guardian ad litem for R.W., Jr., (Doc. 3), is **DENIED** as moot;

10) Williams, Sr.'s motions for prompt ruling on the objections to the R&R, (Docs. 7–8), are **DENIED** as moot; and

11) The Clerk of Court is directed to close this case for administrative purposes.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court